ORIGINAL

MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
ARVON J. PERTEET (CSBN 242828)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
Telephone: 415.436.6598
Facsimile: 415.436.7234
Email: arvon.perteet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 6 SCHOOL STREET, FAIRFAX, CALIFORNIA,<br><br>Defendant. | No. CV 11-5596<br><br>NOTICE OF FORFEITURE ACTION |

A civil complaint seeking forfeiture pursuant to 21 U.S.C. § 881(a)(7) was filed on November 18, 2011 in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the *in rem* defendant real property.

In order to contest forfeiture of the *in rem* defendant real property, any person who asserts an interest in or right against the property, must file a verified statement identifying the interest or right within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 60 days after the first day of publication on the official internet government forfeiture website, www.forfeiture.gov, of the Notice of Forfeiture Action, whichever is earlier. Additionally, a

1 claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal
2 Rules of Civil Procedure within 20 days after filing the claim.
3     An agent, bailee or attorney must state the authority to file a statement of interest or right
4 against the property on behalf of another.
5     Statements of interest and answers should be filed with the Office of the Clerk, United
6 States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor,
7 San Francisco, California 94102, and copies should be served on Arvon J. Perteet, Assistant
8 United States Attorney, 450 Golden Gate Avenue, 11th floor, San Francisco, California 94102.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: 11/18/2011

ARVON J. PERTEET
Assistant United States Attorney

Notice of Forfeiture Action
CV 11-       2