1 | MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
ARVON J. PERTEET (CSBN 242828)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Facsimile: (415) 436-7234
Email: arvon.perteet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CV 11-5596 JW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | RECORDED NOTICE OF LIS PENDENS AS TO REAL PROPERTY LOCATED AT 6 SCHOOL STREET, FAIRFAX, CALIFORNIA, (APN #002-112-13) |
| REAL PROPERTY LOCATED AT 6 SCHOOL STREET, FAIRFAX, CALIFORNIA, | ) | |
| Defendant. | ) | |

The United States hereby submits the attached Recorded Notice of Lis Pendens as to Real Property located at 6 School Street, Fairfax, California, APN #002-112-13.

(APN #002-112-13)

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: November 23, 2011

_____
ARVON J. PERTEET
Assistant United States Attorney

MARIN COUNTY RECORDER
NOV 2 2 2011

MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
ARVON J. PERTEET (CSBN 242828)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6598
    Facsimile:  415.436.7234
    Email: arvon.perteet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CV 11-5596 JW |
|                Plaintiff, ) | |
|     v. ) | **NOTICE OF PENDENCY OF ACTION (LIS PENDENS)** |
| REAL PROPERTY LOCATED AT ) 6 SCHOOL STREET, FAIRFAX, ) CALIFORNIA, ) | |
|                Defendant. ) | |
| FARSHID EZAZI, ) | |
|             Owner of Record. ) | |

    NOTICE IS HEREBY GIVEN that an action has been commenced in the above-entitled Court pursuant to a Complaint, a copy of which is attached hereto as Exhibit A, filed by the United States of America on November 18, 2011 to secure a judicial forfeiture of real property and improvements located at 6 School Street, Fairfax, California (Assessors Parcel Number 002-112-13), and further described in Exhibit B, which is attached hereto.

//

FILE COPY

In the Complaint, plaintiff alleges that the said real property is subject to forfeiture pursuant to Title 21, United States Code, Sections 881(a)(7).

The owner of record to the said real property is Farshid Ezazi.

Dated: 11/18/2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

ARVON J. PERTEET
Assistant United States Attorney

NOTICE OF LIS PENDENS
CV 11-                                                                 2

EXHIBIT A

MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

STEPHANIE M. HINDS (CABN 154284)
ARVON J. PERTEET (CABN 242828)
Assistant United States Attorneys

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7200
    Facsimile: 415.436.7234
    Email: arvon.perteet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 11- |
| Plaintiff, | |
| v. | **COMPLAINT FOR FORFEITURE** |
| REAL PROPERTY LOCATED AT 6 SCHOOL STREET, FAIRFAX, CALIFORNIA, | |
| Defendant. | |

In this *in rem* forfeiture action, the United States alleges:

**JURISDICTION AND VENUE**

1. This *in rem* forfeiture action is brought pursuant to Title 21, United States Code, Section 881(a)(7).

2. This Court has jurisdiction under Title 28, United States Code, Sections 1345 and 1355.

3. Venue lies in the Northern District of California pursuant to Title 28, United States Code, Sections 1355(b) and 1395(a) and (b), as the acts giving rise to this *in rem* action

occurred in this district and the defendant real property is located in this district.

4. Intra-district venue is appropriate in the San Francisco Division.

**PARTIES AND INTERESTED PERSONS**

5. Plaintiff is the United States of America.

6. Defendant is the real property located at 6 School Street, Fairfax, California, Marin County, identified by assessor's parcel number 002-112-13, and further described in Attachment A, affixed hereto and incorporated herein ("defendant real property"). The defendant real property is a two-story multi-tenant office park building. The defendant real property is the business address for Marin Alliance for Medical Marijuana ("MAMM"), a marijuana store operating in Suites #210 and #215.

7. According to the lien report issued by LSI Title Company, Farshid Ezazi is the owner of record for the defendant real property. The lien report also reflects a deed of trust to secure indebtedness in the amount of $1,965,000 was recorded in the Marin County Recorder's Office on November 19, 2010, for the benefit of J.P. Morgan Chase Bank, N.A.

**FACTS**

8. Plaintiff incorporates by reference the allegations of paragraphs one through seven as though fully set forth herein.

9. At all times relevant in this complaint, the defendant real property was the business location of MAMM, a marijuana store which distributes marijuana, and facilitates the distribution of marijuana, to its customers and accepts money for the distribution of said marijuana. MAMM operates its marijuana business out of at least two suites at the defendant real property – suites # 210 and #215.

10. Lynette Shaw is believed to be the owner, operator, founder and/or proprietor of MAMM.

11. MAMM purports to distribute marijuana and facilitate the distribution of marijuana to its customers under a conditional use permit issued by the Town of Fairfax. Upon information and belief, under the terms of the conditional use permit minors (individuals under the age of 18) are allowed entry into the marijuana store if accompanied by a parent, legal

Complaint for Forfeiture
No. CV 11-                                                             2

guardian or medical professional. The terms of the conditional use permit thus authorizes MAMM to distribute marijuana and facilitate the distribution of marijuana to minors. Upon information and belief, MAMM distributes and facilitates the distribution of marijuana to minors.

12. Central Field is a little league baseball field located at Contratti Park on Bank Street in Fairfax. MAMM, which located at 6 School Street, is within 1000 feet of Central Field. According to MAMM's website, MAMM's is open seven days a week – from 9 a.m. to 9 p.m., Monday through Saturday, and 9 a.m. to 5 p.m. on Sunday.

13. Since at least 1996 and continuing until the present, Lynette Shaw has operated a marijuana store engaged in the distribution of marijuana at the defendant real property. Since at least 1997, MAMM has engaged in the distribution of marijuana at the defendant real property.

14. On January 9, 1998, plaintiff filed a complaint in the Northern District of California seeking to enjoin MAMM and Lynette Shaw from distributing marijuana and conspiring to distribute marijuana at the defendant real property in violation of federal law. The matter is captioned *United States v. Marin Alliance for Medical Marijuana*, Case No. CV 98-0086-CRB.

15. As a result of the government's lawsuit, on or about June 10, 2002, the District Court issued an order permanently enjoining MAMM and Lynette Shaw from engaging in the distribution of marijuana, the possession with the intent to distribute marijuana, or the manufacture of marijuana with the intent to distribute marijuana, in violation of federal law. The court's order also enjoined MAMM and Shaw from using Suite 210 of the defendant real property for the purpose of engaging in the manufacture and distribution of marijuana. The Court's order also enjoined MAMM and Shaw from conspiring to violate the Controlled Substances Act with respect to the distribution of marijuana, the manufacture of marijuana with the intent to distribute, or the possession of marijuana with the intent to distribute. (See Attachment B).

16. In December 2007, Farshid Ezazi, the owner of the defendant real property, received a letter from the Drug Enforcement Administration advising him that there was a

Complaint for Forfeiture
No. CV 11-   3

marijuana dispensary operating at the defendant real property in violation of federal law. The letter further advised that continued operation of a marijuana store at this property could result in criminal and civil penalties, including forfeiture of the defendant real property.

17. On September 28, 2011, the United States Attorney's Office for the Northern District of California sent Farshid Ezazi a letter notifying him that MAMM was operating a marijuana dispensary at the defendant real property in Suite #215 in violation of federal law. The letter further advised that continued operation of a marijuana store at this property could result in criminal and civil penalties, including forfeiture of the defendant real property.

18. On September 28, 2011, the United States Attorney's Office for the Northern District of California sent JP Morgan Chase Bank, N.A., the lienholder of the defendant real property, a letter notifying them that MAMM was operating a marijuana dispensary at the defendant real property in Suite #215 in violation of federal law. The letter further advised that continued operation of a marijuana store at this property could result in criminal and civil penalties, including forfeiture of the defendant real property.

19. Despite the existence of the permanent injunction and the letters notifying the property owner and lienholder of the operation of a marijuana store in violation of federal law, MAMM continues to distribute and facilitate the distribution of marijuana at the defendant real property.

//
//
//
//
//
//
//
//
//
//

# CLAIM FOR RELIEF
## 21 U.S.C. § 881(a)(7)
**(forfeiture of property used to facilitate cultivation, sale or distribution of marijuana)**

20. The United States incorporates by reference the allegations in paragraphs one through 19 as though fully set forth.

21. Title 21, United States Code, Section 841(a) prohibits the manufacture, distribution or dispensing and possession with the intent to manufacture, distribute or dispense a controlled substance, to wit: marijuana.

22. Title 21, United States Code, Section 856 makes it unlawful to rent, lease, profit from or make available for use, with or without compensation, a place for the purpose of unlawfully manufacturing, storing distributing or using a controlled substance, to wit: marijuana.

23. Title 21, United States Code, Section 881(a)(7) provides for the forfeiture of all real property, including any right, title, and interest, which is used or intended to be used, in any manner or part to commit, or facilitate the commission of any violation of Title 21, United States Code, Chapter 13, Subchapter I, to include sections 841 and 856.

24. In light of the foregoing, plaintiff alleges that the defendant real property represents is subject to forfeiture, pursuant to Title 21, United States Code, Section 881(a)(7), as property which was used or intended to be used, to commit or facilitate the commission of the distribution, cultivation and possession with the intent to distribute and cultivate marijuana.

//
//
//
//
//
//
//
//
//
//

Complaint for Forfeiture
No. CV 11-                                          5

25. With respect to the defendant real property, the United States has not seized said property. Rather, the United States will, as provided in Title 18, United States Code, Section 985(b)(1) and (c)(1):

 a. Post notice of this action and a copy of this Complaint for Forfeiture at the defendant real property;

 b. Serve notice of this action together with a copy of the Complaint for Forfeiture and related documents, on the owners of record of the defendant real property; and

 c. Record a *lis pendens* in the county records to demonstrate the status of the defendant real property in this *in rem* action.

WHEREFORE, plaintiff United States of America requests that due process issue to enforce the forfeiture of the defendant real property; that notice be given to all interested parties to appear and show cause why forfeiture should not be decreed; that the Court enter judgment for forfeiture of the defendant real property to the United States; and that the United States be awarded such other relief as may be proper and just.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: 11/18/2011

ARVON J. PERTEET
Assistant United States Attorney

Complaint for Forfeiture
No. CV 11-                                    6

**VERIFICATION**

I, DAVID WHITE, state as follows:

1. I am a Special Agent with the United States Department of Justice, Drug Enforcement Administration. As the agent assigned to this case I am familiar with the facts and investigation leading to the filing of this Complaint for Forfeiture.

2. I have read the Complaint, and based upon my personal knowledge, discussions with persons involved in the investigation and my review of relevant investigative reports and other documentation, I believe the allegations contained in it to be true.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this _18_ day of November 2011, in _SAN FRANCISCO_, California.

_____
DAVID WHITE
Special Agent
Drug Enforcement Administration

Complaint for Forfeiture
No. 11-                                          7

ATTACHMENT A

EXHIBIT A

LEGAL DESCRIPTION OF PROPERTY

The Property is located in the City of Fairfax, County of Marin, State of California and is described as follows:

PARCEL ONE:

Lots 24, 25 and 26, as shown upon that certain Map entitled "Map No. 1, Fairfax Park Tract, Marin Co., Calif.", filed for record June 5, 1911 in Volume 4 of Maps, at Page 1, Marin County Records.

PARCEL TWO:

Beginning at the most Northerly corner of Lot 59, as shown upon that certain Map entitled "Frustruck and Wreden Subdivision of Fairfax Park", filed for record January 8, 1914 in Volume 4 of Maps, at Page 64, Marin County Records, on the Westerly line of Marin Street and running along said line, North 38° 45' West 56.3 feet; thence North 29° 13' West 24 feet to the Southerly line of 40 foot road; thence along said last mentioned line, South 85° 21' West 56.8 feet; thence South 59° 10' West 62.55 feet and thence South 39° 51' West 23.4 feet; thence leaving said line and running South 42° 54' East 170.1 feet and thence North 84° 33' East 149 feet to the point of beginning.

Being Lot marked "27" reserved, on a Map entitled, "Map No.1, Fairfax Park Tract", filed for record June 5, 1911 in Volume 4 of Maps, at Page 1, Marin County Records. Together with all and singular the tenements.

PARCEL THREE:

Lots 57, 58, 59, 60, 61, 62 and 63, as shown upon that certain Map entitled "Frustruck and Wreden Subdivision of Fairfax Park", filed for record January 8, 1914 in Volume 4 of Maps, at Page 64, Marin County Records.

ATTACHMENT B

```
                                                    FILED
                                                  JUN 10 2002
              JUN 1 1 2002                      RICHARD W. WIEKING
       ENTERED IN CIVIL DOCKET                CLERK U.S. DISTRICT COURT
                                           NORTHERN DISTRICT OF CALIFORNIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 98-00086 CRB |
| Plaintiff, | JUDGMENT; PERMANENT INJUNCTION |
| v. | |
| MARIN ALLIANCE FOR MEDICAL MARIJUANA, and LYNETTE SHAW, | |
| Defendants. | |

The Court having granted plaintiff's motion for summary judgment by Memorandum and Order filed May 3, 2002, and for the reasons stated in its Memorandum and Order dated June 10, 2002, it is hereby ORDERED that judgment be entered in favor of the United States of America and against defendants Marin Alliance For Medical Marijuana and Lynette Shaw as follows:

1. Defendants Marin Alliance for Medical Marijuana and Lynette Shaw are hereby permanently enjoined from engaging in the distribution of marijuana, the possession of marijuana with the intent to distribute, or the manufacture of marijuana with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1); and

2. Defendants Marin Alliance for Medical Marijuana and Lynette Shaw are hereby permanently enjoined from using the premises of Suite 210, School Street Plaza,

COPIES MAILED TO
PARTIES OF RECORD

Fairfax, California for the purposes of engaging in the manufacture and distribution of marijuana; and

    3.    Defendant Lynette Shaw is hereby permanently enjoined from conspiring to violate the Controlled Substances Act, 21 U.S.C. § 841(a)(1) with respect to the distribution of marijuana, the manufacture of marijuana with the intent to distribute, or the possession of marijuana with the intent to distribute.

    4.    It shall not be a violation of this injunction for defendants to seek and obtain legal advice from their attorneys.

    5.    Pursuant to Federal Rule of Civil Procedure 65(d), this injunction shall bind the defendants, their officers, agents, servants, employees, successors, and attorneys, and those persons in active concert or participation with them who receive notice of the order by personal service or otherwise.

**IT IS SO ORDERED.**

Dated: June 10, 2002

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

F I L E   C O P Y

United States District Court
for the
Northern District of California
June 12, 2002

bae

\* \* CERTIFICATE OF SERVICE \* \*

Case Number:3:98-cv-00086

USA

vs

Marin Alliance

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  June 12, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alice P. Mead, Esq.
California Medical Association
221 Main St
P.O. Box 7690
San Francisco, CA  94120-7690

Mark T. Quinlivan, Esq.
USDJ-Civil Division
901 E Street NW
Washington, DC  20530

Gary G. Grindler, Esq.
Department of Justice
Civil Division, Room 1078
901 E Street, N.W.
Washington, DC  20530

Margaret S. Schroeder, Esq.
Pillsbury Winthrop LLP
50 Fremont St
5th Flr
San Francisco, CA  94105

Thomas V. Loran III, Esq.
Pillsbury Winthrop LLP

PO Box 7800
50 Fremont St
5th Flr
San Francisco, CA 94105

Terence Hallinan, Esq.
SF District Attorney
850 Bryant St, 3rd Floor
San Francisco, CA 94103

William G. Panzer, Esq.
370 Grand Avenue, Ste 3
Oakland, CA 94610

Richard W. Wieking, Clerk

BY: _____
    Deputy Clerk

# EXHIBIT B

EXHIBIT A

LEGAL DESCRIPTION OF PROPERTY

The Property is located in the City of Fairfax, County of Marin, State of California and is described as follows:

PARCEL ONE:

Lots 24, 25 and 26, as shown upon that certain Map entitled "Map No. 1, Fairfax Park Tract, Marin Co., Calif.", filed for record June 5, 1911 in Volume 4 of Maps, at Page 1, Marin County Records.

PARCEL TWO:

Beginning at the most Northerly corner of Lot 59, as shown upon that certain Map entitled "Frustruck and Wreden Subdivision of Fairfax Park", filed for record January 8, 1914 in Volume 4 of Maps, at Page 64, Marin County Records, on the Westerly line of Marin Street and running along said line, North 38° 45' West 96.3 feet; thence North 29° 13' West 24 feet to the Southerly line of 40 foot road; thence along said last mentioned line, South 85° 21' West 56.8 feet; thence South 59° 10' West 62.55 feet and thence South 39° 51' West 23.4 feet; thence leaving said line and running South 42° 54' East 170.1 feet and thence North 54° 33' East 149 feet to the point of beginning.

Being Lot marked "27" reserved, on a Map entitled, "Map No.1, Fairfax Park Tract", filed for record June 5, 1911 in Volume 4 of Maps, at Page 1, Marin County Records. Together with all and singular the tenements.

PARCEL THREE:

Lots 57, 58, 59, 60, 61, 62 and 63, as shown upon that certain Map entitled "Frustruck and Wreden Subdivision of Fairfax Park", filed for record January 8, 1914 in Volume 4 of Maps, at Page 64, Marin County Records.