Robert C Weems (CA SBN 148156)
Margaret M. Weems (CA SBN 164030)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
rcweems@weemslawoffices.com

Attorneys for Claimant
  Farshid Ezazi

*APPROVED*
*Judge James Ware*

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff/Petitioner,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 6 SCHOOL STREET, FAIRFAX, CALIFORNIA<br><br>    Defendant/Respondent | Case No. 3-11-cv-05596-JW<br><br>THIRD STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT BY FARSHID EZAZI<br><br>*HEARING:*<br>Date:         N/A<br>Time:         N/A<br>Location:     Courtroom 9, 19th Fl.<br>              450 Golden Gate Ave.,<br>              San Francisco, CA 94102<br>Judge:        Chief Judge James Ware<br>Filing Date:  November 18, 2011<br>Trial Date:   N/A |

Pursuant to Northern District Local Rule 6-1(a), and further to the parties' efforts at informal resolution, the parties by and through their respective counsel of record stipulate and agree that claimant Farshid Ezazi shall have an additional week extension of time <u>up to and including February 10, 2012</u> to serve any responsive pleading under Fed.R.Civ.P., App. C, Rule 6(a)(iv) to the Complaint for Forfeiture [Dkt #1].

Dated: February 3, 2012

| UNITED STATES ATTORNEY'S OFFICE | WEEMS LAW OFFICES |
|---|---|
| /s/ARVON JACQUE PEREET | /s/ROBERT C. WEEMS |
| Arvon Jacque Perteet, Assistant U.S. Attorney, for the United States of America | Robert C. Weems, for Farshid Ezazi |

## DECLARATION OF SERVICE

Under penalty of perjury, I declare: I am over the age of 18, not a party to the action, my business address is Weems Law Offices, 769 Center Blvd., PMB 38, Fairfax, CA 94930, and the attached document(s) was/were served on the date set forth below pursuant to Fed.R.Civ.P. 5(b)(3), Northern District of California General Order 45, and Local Rules

Dated: February 3, 2012                            Executed at Marin County, California:

/s/ROBERT C WEEMS
Robert C. Weems

## SERVICE LIST

| Person Served: | By: | For: |
|---|---|---|
| Arvon Jacque Perteet<br>USAO<br>Asset Forfeiture<br>450 Golden Gate Avenue<br>Box 36055<br>San Francisco, CA 94102<br>415-436-6598<br>Fax: 415-436-7234<br>Email: arvon.perteet@usdoj.gov | FRCP 5(b)(3) | United States of America |

## GENERAL ORDER 45 SUB. X CERTIFICATION

The registered user authorizing the attached document to be filed herein certifies, as follows: The attached document lists all the names of any other signatory or signatories. The concurrence of each signatory concurring in the filing of this document is indicated by reproduction of the holographic signature or as follows: "/s/ CONCURRING SIGNATORY'S NAME" Records to support this concurrence are available for production for the court if so ordered or for inspection upon request by a party. Those records will be maintained until one year after final resolution of the action (including appeal, if any) unless a scanned image of the signature page(s) of the electronically filed document are attached or are otherwise filed before then.