```
Robert C Weems (CA SBN 148156)
Margaret M. Weems (CA SBN 164030)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
rcweems@weemslawoffices.com
```

Attorneys for Claimant
  Farshid Ezazi

**IT IS SO ORDERED AS MODIFIED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  Plaintiff/Petitioner,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 6 SCHOOL STREET, FAIRFAX, CALIFORNIA<br><br>  Defendant/Respondent | Case No. 3-11-cv-05596-JW<br><br>FOURTH STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT BY FARSHID EZAZI<br><br>*Hearing:*<br>Date: N/A<br>Time: N/A<br>Location: Courtroom 9, 19th Fl.<br>450 Golden Gate Ave.,<br>San Francisco, CA 94102<br>Judge: Chief Judge James Ware<br>Filing Date: November 18, 2011<br>Trial Date: N/A |

Pursuant to Northern District Local Rule 6-1(a), and further to the parties' efforts at finalization of an informal resolution, the parties by and through their respective counsel of record stipulate and agree that claimant Farshid Ezazi shall have an additional week extension of time <u>up to and including February 17, 2012</u> to serve any responsive pleading under Fed.R.Civ.P., App. C, Rule 6(a)(iv) to the Complaint for Forfeiture [Dkt #1]. This is the final continuance.

Dated: February 10, 2012

| UNITED STATES ATTORNEY'S OFFICE | WEEMS LAW OFFICES |
|---|---|
| /s/ARVON JACQUE PEREET | /s/ROBERT C. WEEMS |
| Arvon Jacque Perteet, Assistant U.S. Attorney, for the United States of America | Robert C. Weems, for Farshid Ezazi |

---
1
Fourth Stipulation Extending Time To Respond To Complaint          3-11-cv-05596-JW