BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ARVON J. PERTEET (CABN 242828)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6598
FAX: (415) 436-7234
Arvon.Perteet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>REAL PROPERTY LOCATED AT 6 SCHOOL STREET, FAIRFAX, CALIFORNIA,<br>Defendant. | No. CV 11-05596 EMC<br>**STIPULATION REQUEST TO A MODIFIED DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and by the signatures of their counsel hereunder, plaintiff United States of America and claimant, FARSHID (FRED) EZAZI, ("Claimant") hereby submits this stipulation to request a modification to the dismissal of the government's Verified Complaint for Forfeiture with prejudice. The parties previously entered into a stipulated agreement to dismiss the instant action on February 22, 2012. The parties now seek to modify that agreement based on the following terms:

1. Claimant will and hereby does release the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration ("DEA"), from any and all claims, actions or liabilities arising out of or related to this civil forfeiture action, including,



Mar 08 17 05:39p Ezazi & Associates 9253864036 p.2

without limitation, any claim for attorney's fees, cost or interest which may be asserted on behalf of Claimant against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise.

2. Claimant further agrees to waive appellate rights if any, related to this civil action.

3. The Government dismisses this action with prejudice and without conditions other than those listed above.

Dated: March 9, 2017

BRIAN J. STRETCH
United States Attorney

ARVON J. PERTEET, AUSA
Attorney for Plaintiff,
United States of America

Dated: March 9, 2017

LAWRENCE BRAGMAN
Attorney for Claimant
FARSHID (FRED) EZAZI

Dated: March 8, 2017

FARSHID (FRED) EZAZI
Attorney for Claimant BPG

IT IS SO ORDERED. The MOTION for Relief from and Modification of Judgment of Dismissal is hereby terminated and the hearing is vacated.






Mar 08 17 05:39p Ezazi & Associates 9253864036 p.3